No. 17–0215/AR. U.S. v. Kevin Greytunkl. CCA 20150644. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues II, III and IV, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0219/AR. U.S. v. George L. Smith II. CCA 20160266. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue 11 raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0220/AR. U.S. v. Andrew D. Curry. CCA 20140860. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0225/AR. U.S. v. Mario I. Jeffers. CCA 20150740. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0229/AR. U.S. v. Lauro P. Francisco. CCA 20140541. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0230/AR. U.S. v. William E. Threet. CCA 20140852. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0233/AR. U.S. v. Nija D. Jones. CCA 20150189. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0234/AR. U.S. v. Wendell W. Benjamin. CCA 20130092. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issue II, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0237/AR. U.S. v. Andrew M. Viera. CCA 20150487. On consideration of the petition for grant of review of the decision of the United States Army Court of